UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ZURU (SINGAPORE) PTE. LTD; ZURU INC., :
                      Plaintiff,   :
                                      :         22 Civ. 2483 (LGS)
        -against-                 :
                                      :            ORDER
THE INDIVIDUALS, CORPORATIONS,    :
LIMITED LIABILITY COMPANIES,       :
PARTNERSHIPS, AND UNINCORPORATED  :
ASSOCIATIONS IDENTIFIED ON SCHEDULE :
A HERETO,                                :
                      Defendants, :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, on March 28, 2022, Plaintiff filed ex parte and under seal Schedule A, which lists all the Defendants and corresponding links to their online marketplaces, as well as corresponding screenshots showing the allegedly infringing goods;

      WHEREAS, Defendant No. 75 on Schedule A does not appear to match the seller in the corresponding screenshot. It is hereby

      **ORDERED** that Plaintiff shall file an Amended Schedule A ex parte and under seal or a letter explaining the apparent discrepancy.

Dated: March 31, 2022
      New York, New York

                                                         LORNA G. SCHOFIELD
                                                UNITED STATES DISTRICT JUDGE