UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ZURU (SINGAPORE) PTE., LTD, et al., :
                      Plaintiffs, :
                                 :      22 Civ. 2483 (LGS)
         -against- :
                                 :          ORDER
THE INDIVIDUALS, CORPORATIONS, :
LIMITED LIABILITY COMPANIES, :
PARTNERSHIPS, AND UNINCORPORATED :
ASSOCIATIONS IDENTIFIED ON SCHEDULE :
A TO THE COMPLAINT, :
                    Defendants, :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, on May 11, 2022, a hearing was held on Plaintiffs' application for preliminary injunction. The Court orally granted the application with a written order to follow. It is hereby

      **ORDERED** that, by **May 16, 2022**, Plaintiffs shall file a cover letter with a proposed form of order granting the preliminary injunction, the scope of which shall be consistent with the relief previously granted in the temporary restraining order. Plaintiff shall email a courtesy copy in Word format to the Chambers email address at Schofield_NYSDChambers@nysd.uscourts.gov.

Dated: May 13, 2022
       New York, New York

                                                        LORNA G. SCHOFIELD
                                             UNITED STATES DISTRICT JUDGE