UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
ZURU (SINGAPORE PTE., LTD., et al.,                           :
                                                              :
                              Plaintiff,                      :   22 Civ. 2483 (LGS)
                                                              :
              -against-                                       :   ORDER
                                                              :
THE INDIVIDUALS, CORPORATIONS,                                :
LIMITED LIABILITY COMPANIES,                                  :
PARTNERSHIPS, AND UNINCORPORATED                              :
ASSOCIATIONS IDENTIFIED ON SCHEDULE                           :
A HERETO,                                                     :
                                                              :
                              Defendant.                      :
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

   The Court has been informed that the Plaintiff and Defendant Moonshuttle USA have reached a settlement in principle in this case. Accordingly, it is hereby ORDERED that this action is dismissed as to Moonshuttle USA without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within thirty (30) days of this Order. Any application to reopen filed after thirty (30) days from the date of this Order may be denied solely on that basis. The initial pretrial conference scheduled for June 22, 2022, is CANCELED.

Dated: June 21, 2022
       New York, New York

                                    LORNA G. SCHOFIELD
                                    UNITED STATES DISTRICT JUDGE