1UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ZURU (SINGAPORE) PTE., LTD., et al.,          :
                        Plaintiff,      :
                                   :          22 Civ. 2483 (LGS)
      -against-                         :
                                   :              <u>ORDER</u>
THE INDIVIDUALS, CORPORATIONS,              :
LIMITED LIABILITY COMPANIES,                :
PARTNERSHIPS, AND UNINCORPORATED    :
ASSOCIATIONS IDENTIFIED ON SCHEDULE :
A HERETO,                                   :
                        Defendant,     :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, the Order dated June 27, 2022, required Plaintiffs to serve Defendants with the Order to Show Cause and its supporting papers by July 6, 2022. It is hereby

       **ORDERED** that Plaintiffs shall file proof of such service by July 8, 2022.

Dated: June 28, 2022
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**