```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
ZURU (SINGAPORE) PTE., LTD., et al.                          :
                                         Plaintiff,          :
                                                             :       22 Civ. 2483 (LGS)
             -against-                                       :
                                                             :             ORDER
THE INDIVIDUALS, CORPORATIONS,                               :
LIMITED LIABILITY COMPANIES,                                 :
PARTNERSHIPS, AND UNINCORPORATED                             :
ASSOCIATIONS IDENTIFIED ON                                   :
SCHEDULE A HERETO,                                           :
                                         Defendants.         :
                                                             :
-------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, since Plaintiffs filed their proposed default judgment including a Second Amended Schedule A of Defaulting Defendants, Plaintiffs have filed notices of voluntary dismissal as to many of the Defendants identified on the Second Amended Schedule A.

It is hereby **ORDERED** that, by **October 21, 2022**, Plaintiffs shall file a letter stating each Defaulting Defendant listed on the Second Amended Schedule A against whom Plaintiffs no longer seek default judgment, including an explanation or citation to the docket entry dismissing each Defendant, and shall attach to that letter a Third Amended Schedule A listing only those Defendants against whom Plaintiffs currently seek Default Judgment.

Dated: October 18, 2022
       New York, New York

*(signature)*
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**