```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
ZURU (SINGAPORE) PTE., LTD. et al.,                          :
                                         Plaintiff,          :
                                                             :      22 Civ. 2483 (LGS)
                 -against-                                   :
                                                             :      ORDER
THE INDIVIDUALS, CORPORATIONS,                               :
LIMITED LIABILITY COMPANIES,                                 :
PARTNERSHIPS, AND UNINCORPORATED                             :
ASSOCIATIONS IDENTIFIED ON SCHEDULE                          :
A HERETO,                                                    :
                                                             :
                                         Defendants.         :
                                                             :
-------------------------------------------------------------X
```

LORNA G. SCHOFIELD, United States District Judge:

WHEREAS, on March 31, 2023, Judge Gorenstein issued a Report and Recommendation on a damages inquest in a copyright and trademark infringement action, recommending a judgment in favor of Plaintiff Zuru and against each of 104 named defaulting Defendants of $50,000;

WHEREAS, as stated in Judge Gorenstein's March 31, 2023, Report and Recommendation, the deadline for any objections was fourteen days from service of the Report and Recommendation;

WHEREAS, no objections were timely filed;

WHEREAS, in reviewing a Magistrate Judge's Report and Recommendation, a district judge "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1)(C). When a party submits a timely objection, a district court reviews de novo the parts of the report and recommendation to which the party objected. 28 U.S.C. § 636(b)(1); *see also* Fed. R. Civ. P. 72(b)(3). "In a case such as this one, where no timely objection has been made, a district court need only satisfy itself that there is no

clear error on the face of the record." *Niles v. O'Donnell*, No. 17 Civ. 1437, 2019 WL 1409443, at *1 (S.D.N.Y. Mar. 28, 2019).

WHEREAS, the Court finds no clear error on the face of the record.  It is hereby

**ORDERED** that the Report and Recommendation is adopted.  For the reasons stated in the Report and Recommendation, the Clerk of Court is respectfully directed to enter judgment against each defaulting Defendant named in the attached list in the amount of $50,000, for a total damages award to Plaintiff of $5,200,000, and to close the case.

DATED: April 18, 2023
New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

| Defendant (No. from Schedule A and Name) | Damages Award |
|---|---|
| 1. A home-loving you Store | $50,000 |
| 2. All for the children Store | $50,000 |
| 3. ALL-IN-ONE- Store | $50,000 |
| 4. AYDAYAN Store | $50,000 |
| 5. Beavertoy Store | $50,000 |
| 6. Bert-01 Store | $50,000 |
| 7. Bluskyer Store | $50,000 |
| 9. Charlie Luna Store | $50,000 |
| 10. Children 777 Store | $50,000 |
| 11. cn1059961580qxxae Store | $50,000 |
| 12. cn1059961626hasae Store | $50,000 |
| 13. cn86852lxtx Store | $50,000 |
| 14. Cosima and Kira Store | $50,000 |
| 16. Ding Ding Pet Store | $50,000 |
| 17. Dingding Pets Life Store | $50,000 |
| 18. Dream-heaven Store | $50,000 |
| 20. Elewelt Store | $50,000 |
| 21. Factory RGB LED Light Store | $50,000 |
| 22. faina's Store | $50,000 |
| 24. General merchandise store Store | $50,000 |
| 25. ggxxttxs Store | $50,000 |
| 26. Good Life Homes Store | $50,000 |
| 27. HappyCWCW Store | $50,000 |
| 28. Hiri Store | $50,000 |
| 29. HOSPORT Lighting Store | $50,000 |
| 30. JSXuan Official Store | $50,000 |
| 32. K-K Building Block Store | $50,000 |
| 34. KOSIMIA GAMIA Store | $50,000 |
| 35. Laugh laugh toy store | $50,000 |
| 36. lclanyifeng Store | $50,000 |
| 37. lcxfumengqing Store | $50,000 |
| 38. lcxmailizhu Store | $50,000 |
| 39. lcxtongyoushuang Store | $50,000 |
| 40. LIUXDIV Pets Store | $50,000 |
| 41. Luck2022 Store | $50,000 |
| 42. lvse life Store | $50,000 |
| 43. Mbaby Store | $50,000 |
| 44. Meow Meow Bark Bark Store | $50,000 |
| 46. Nan Rui Store | $50,000 |
| 47. Pets Warm Homes Store Store | $50,000 |

| | |
|---|---|
| 50. Riro Ding Dang Store | $50,000 |
| 51. RSea Store | $50,000 |
| 53. Shop1100007062 Store | $50,000 |
| 54. Shop1100032055 Store | $50,000 |
| 55. Shop4046058 Store | $50,000 |
| 56. Shop5431295 Store | $50,000 |
| 57. Shop911068087 Store | $50,000 |
| 58. Shop912624065 Store | $50,000 |
| 60. SPAKOGY Store | $50,000 |
| 61. tchomeandstationary Store | $50,000 |
| 62. THE SPRING BLOSSOMS Store | $50,000 |
| 63. Toy Encyclopedia Store | $50,000 |
| 64. University Store | $50,000 |
| 65. Unswervingly Store | $50,000 |
| 66. Warm Animal Supplies Retail | $50,000 |
| 67. XIAO-Glittering Store | $50,000 |
| 68. XiuYaoGai Store | $50,000 |
| 69. Yan0214 Store | $50,000 |
| 70. YeeYoo Store | $50,000 |
| 71. Yg Trece Daily Need Store | $50,000 |
| 72. Your House Light Store | $50,000 |
| 73 Your Kitchen Supplies Good | $50,000 |
| 74. Your Little House Store | $50,000 |
| 76. CAOYUEY 1 | $50,000 |
| 78. CuiZhuShangMao 1 | $50,000 |
| 79. Dasanito3089 | $50,000 |
| 81. FeetBu | $50,000 |
| 82. Fuccus | $50,000 |
| 83. Gnudo1511 | $50,000 |
| 85 HeNanGuRuanShangMaoYouXianGongSi | $50,000 |
| 86. Hobby-Japan | $50,000 |
| 87. HTHAU 1 | $50,000 |
| 88. HUIWI 1 | $50,000 |
| 89. Huo Fei Shop | $50,000 |
| 93. Landsee | $50,000 |
| 94. LinDiDa | $50,000 |
| 95. LOVELY KID'S HOUSE | $50,000 |
| 97. Mai Ruimei | $50,000 |
| 102. PlatinumG【7-15 Fast Delivery】 | $50,000 |
| 105. THJKT-STORE 1 | $50,000 |
| 107. YangheDuoDuo | $50,000 |

| | |
|---|---|
| 108. yanmeirenshangmao | $50,000 |
| 109. yingchenmaoyi | $50,000 |
| 110. ziboshihengjitaizhidianzishangwuyouxiangongs | $50,000 |
| 111. ck1999ak | $50,000 |
| 113. exchangeyes | $50,000 |
| 119. missyoungs | $50,000 |
| 126. ahaamu0 | $50,000 |
| 127. anything_you_want_seller | $50,000 |
| 128. dr7642 | $50,000 |
| 130. godayalagechathguna_0 | $50,000 |
| 131. laxstore_99 | $50,000 |
| 132. madura819 | $50,000 |
| 133. one_two_shop17 | $50,000 |
| 134. pixo_shop | $50,000 |
| 135. ranravi-76 | $50,000 |
| 136. sandasan_180rfl3zr | $50,000 |
| 137. uniqueoneshop | $50,000 |
| 138. 11755994 CANADA CORPORATION | $50,000 |
| 139. fqlg | $50,000 |
| 140. pomona | $50,000 |
| 141. QWQQ | $50,000 |
| 142. Red Pen | $50,000 |
| 144. Wenhaojia Books | $50,000 |

Total number of remaining defendants: 104
**Total Damages** $5,200,000