**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
ZURU (SINGAPORE) PTE., LTD. et al.,

                  Plaintiff,                  22 **CIVIL** 2483 (LGS)

       -against-                           <u>**DEFAULT JUDGMENT**</u>

THE INDIVIDUALS, CORPORATIONS,
LIMITED LIABILITY COMPANIES,
PARTNERSHIPS, AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON
SCHEDULE A HERETO,

                  Defendants.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated April 18, 2023, the Report and Recommendation is adopted. Judgment is entered against each defaulting Defendant named in the attached list in the amount of $50,000, for a total damages award to Plaintiff of $5,200,000; accordingly, the case is closed.

**Dated:** New York, New York
         April 18, 2023

                                                      **RUBY J. KRAJICK**

                                                        _____
                                                           **Clerk of Court**

                          **BY:**        *K. Mango*

                                                           _____
                                                           **Deputy Clerk**

| Defendant (No. from Schedule A and Name) | Damages Award |
| --- | --- |
| 1. A home-loving you Store | $50,000 |
| 2. All for the children Store | $50,000 |
| 3. ALL-IN-ONE- Store | $50,000 |
| 4. AYDAYAN Store | $50,000 |
| 5. Beavertoy Store | $50,000 |
| 6. Bert-01 Store | $50,000 |
| 7. Bluskyer Store | $50,000 |
| 9. Charlie Luna Store | $50,000 |
| 10. Children 777 Store | $50,000 |
| 11. cn1059961580qxxae Store | $50,000 |
| 12. cn1059961626hasae Store | $50,000 |
| 13. cn86852lxtx Store | $50,000 |
| 14. Cosima and Kira Store | $50,000 |
| 16. Ding Ding Pet Store | $50,000 |
| 17. Dingding Pets Life Store | $50,000 |
| 18. Dream-heaven Store | $50,000 |
| 20. Elewelt Store | $50,000 |
| 21. Factory RGB LED Light Store | $50,000 |
| 22. faina's Store | $50,000 |
| 24. General merchandise store Store | $50,000 |
| 25. ggxxttxs Store | $50,000 |
| 26. Good Life Homes Store | $50,000 |
| 27. HappyCWCW Store | $50,000 |
| 28. Hiri Store | $50,000 |
| 29. HOSPORT Lighting Store | $50,000 |
| 30. JSXuan Official Store | $50,000 |
| 32. K-K Building Block Store | $50,000 |
| 34. KOSIMIA GAMIA Store | $50,000 |
| 35. Laugh laugh toy store | $50,000 |
| 36. lclanyifeng Store | $50,000 |
| 37. lcxfumengqing Store | $50,000 |
| 38. lcxmailizhu Store | $50,000 |
| 39. lcxtongyoushuang Store | $50,000 |
| 40. LIUXDIV Pets Store | $50,000 |
| 41. Luck2022 Store | $50,000 |
| 42. lvse life Store | $50,000 |
| 43. Mbaby Store | $50,000 |
| 44. Meow Meow Bark Bark Store | $50,000 |
| 46. Nan Rui Store | $50,000 |
| 47. Pets Warm Homes Store Store | $50,000 |

| | |
|---|---:|
| 50. Riro Ding Dang Store | $50,000 |
| 51. RSea Store | $50,000 |
| 53. Shop1100007062 Store | $50,000 |
| 54. Shop1100032055 Store | $50,000 |
| 55. Shop4046058 Store | $50,000 |
| 56. Shop5431295 Store | $50,000 |
| 57. Shop911068087 Store | $50,000 |
| 58. Shop912624065 Store | $50,000 |
| 60. SPAKOGY Store | $50,000 |
| 61. tchomeandstationary Store | $50,000 |
| 62. THE SPRING BLOSSOMS Store | $50,000 |
| 63. Toy Encyclopedia Store | $50,000 |
| 64. University Store | $50,000 |
| 65. Unswervingly Store | $50,000 |
| 66. Warm Animal Supplies Retail | $50,000 |
| 67. XIAO-Glittering Store | $50,000 |
| 68. XiuYaoGai Store | $50,000 |
| 69. Yan0214 Store | $50,000 |
| 70. YeeYoo Store | $50,000 |
| 71. Yg Trece Daily Need Store | $50,000 |
| 72. Your House Light Store | $50,000 |
| 73 Your Kitchen Supplies Good | $50,000 |
| 74. Your Little House Store | $50,000 |
| 76. CAOYUEY 1 | $50,000 |
| 78. CuiZhuShangMao 1 | $50,000 |
| 79. Dasanito3089 | $50,000 |
| 81. FeetBu | $50,000 |
| 82. Fuccus | $50,000 |
| 83. Gnudo1511 | $50,000 |
| 85 HeNanGuRuanShangMaoYouXianGongSi | $50,000 |
| 86. Hobby-Japan | $50,000 |
| 87. HTHAU 1 | $50,000 |
| 88. HUIWI 1 | $50,000 |
| 89. Huo Fei Shop | $50,000 |
| 93. Landsee | $50,000 |
| 94. LinDiDa | $50,000 |
| 95. LOVELY KID'S HOUSE | $50,000 |
| 97. Mai Ruimei | $50,000 |
| 102. PlatinumG【7-15 Fast Delivery】 | $50,000 |
| 105. THJKT-STORE 1 | $50,000 |
| 107. YangheDuoDuo | $50,000 |

| | |
|---|---|
| 108. yanmeirenshangmao | $50,000 |
| 109. yingchenmaoyi | $50,000 |
| 110. ziboshihengjitaizhidianzishangwuyouxiangongs | $50,000 |
| 111. ck1999ak | $50,000 |
| 113. exchangeyes | $50,000 |
| 119. missyoungs | $50,000 |
| 126. ahaamu0 | $50,000 |
| 127. anything_you_want_seller | $50,000 |
| 128. dr7642 | $50,000 |
| 130. godayalagechathguna_0 | $50,000 |
| 131. laxstore_99 | $50,000 |
| 132. madura819 | $50,000 |
| 133. one_two_shop17 | $50,000 |
| 134. pixo_shop | $50,000 |
| 135. ranravi-76 | $50,000 |
| 136. sandasan_180rfl3zr | $50,000 |
| 137. uniqueoneshop | $50,000 |
| 138. 11755994 CANADA CORPORATION | $50,000 |
| 139. fqlg | $50,000 |
| 140. pomona | $50,000 |
| 141. QWQQ | $50,000 |
| 142. Red Pen | $50,000 |
| 144. Wenhaojia Books | $50,000 |

Total number of remaining defendants: 104
**Total Damages**                                                                                           $5,200,000